# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : Nos. 52 and 53 WM 2016
:
Respondent :
:
:
:
:
v. :
:
:
:
RONNIE AUSTIN, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of June, 2016, the Application for Extraordinary Relief is **DENIED**.